**DENY and Opinion Filed September 1, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00747-CV**
_____

**IN RE CHARLES STANLEY CHURCHWELL, JR., TRUSTEE OF THE CHRISTOPHER J. MERLO REVOCABLE TRUST, Relator**

**Original Proceeding from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-03799-2**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Garcia
Opinion by Justice Garcia

Before the Court is relator's August 1, 2022 Petition for Writ of Mandamus challenging the probate court's (1) May 10, 2022 Order Appointing Guardian ad Litem, (2) June 10, 2022 Order Denying the Motion to Set Aside Order Appointing Guardian ad Litem and Amended Order Appointing Guardian ad Litem and Expanding Powers, and (3) July 15, 2022 Order Granting Motion to Compel Statutory Accounting.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig.

proceeding). After reviewing relator's petition, real parties in interest's responses, and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief. *See* TEX. R. APP. P. 52.8(a).

Accordingly, we deny the petition for writ of mandamus. We also lift the stay issued by this Court's August 22, 2022 Order.

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

220747F.P05